RECEIVED
APR -7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID HANKS | DOCKET NO.: 1:15-cv-01740 |
| VERSUS | |
| DANIEL MARR, ET AL. | JUDGE DEE D. DRELL<br>MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record, including the objection filed herein, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Defendant Daniel Marr's Motion for Summary Judgment (Doc. 37) is **GRANTED** and all claims asserted by plaintiff against Marr are **DISMISSED WITH PREJUDICE.**

**SIGNED** at Alexandria, Louisiana, this 6 day of April, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT