U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 5 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIN HANKS #399204, Plaintiff | CIVIL ACTION NO. 1:15-CV-01740 |
| VERSUS | CHIEF JUDGE DRELL |
| DANIEL MARR, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment (Doc. 52) by Defendants Nate Cain, Sandra Sibley, and Edmond Smith is GRANTED, and Hanks' claims against Defendants Nate Cain, Sandra Sibley, and Edmond Smith are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 24 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT